RECEIVED
JUN 17 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHEILA R. WILLIAMS, et al. | CIVIL ACTION NO. 14-0069 |
| -vs- | JUDGE DRELL |
| LEGENIA A. KILGO | MAGISTRATE JUDGE KIRK |

## ORDER

The Court has considered the Report and Recommendation (Doc. 13) of the Magistrate Judge, and has conducted an independent (de novo) review of the record, including the objection (Doc. 14) and responses (Docs. 15, 16) filed herein. The Court concurs with the Magistrate Judge's findings under the applicable law and **ADOPTS** the Report and Recommendation. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 4) is **DENIED**.

In so ruling, we have accepted and considered the completed affidavit of Plaintiff, Dawn Lacriox. Although the affidavit was not considered by the Magistrate Judge in its entirety, we find the Report and Recommendation is further supported by this evidence.

SIGNED on this 17 day of June, 2014 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT